UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

United States of America,

       Plaintiff,

vs.                                                       ORDER

Lee Marvin Greenly,

       Defendant.                      Crim. No. 06-235(01) (PAM/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

       Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

       ORDERED:

       That the Defendant's Motion to Suppress All Statements [Docket No. 15] is denied.

                                                               BY THE COURT:

                                                               s/ Paul A. Magnuson

Dated: October 24, 2006                    Judge Paul A. Magnuson
At St. Paul, Minnesota                    United States District Court